UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN BOBEE,** Plaintiff, vs. **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,** Defendant. | 2:22-CV-12199-TGB-CI **ORDER ADOPTING REPORT AND RECOMMENDATION** **(ECF NO. 18)** |

This matter is before the Court on Magistrate Judge Curtis Ivy, Jr.'s May 10, 2023 Report and Recommendation (ECF No. 18), recommending that the Defendant's Motion for Summary Judgment (ECF No. 17) be granted, the Plaintiff's Motion (ECF No. 16) be denied, and the findings of the Commissioner be affirmed.

The Court has reviewed Judge Ivy's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore,

1

accept Judge Ivy's Report and Recommendation of May 10, 2023, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Ivy's Report and Recommendation of May 10, 2023 (ECF No. 18) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 31st day of May, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge