UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN BOBEE**, Plaintiff, vs. **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,** Defendant. | 2:22-CV-12199-TGB-CI <br><br> **JUDGMENT** |

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation (ECF No. 18), it is **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED**, Plaintiff's Motion for Summary Judgment (ECF No. 16) is **DENIED**, and that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  May 31, 2023.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE